# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-50477
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 13, 2020
Lyle W. Cayce
Clerk

D.C. Docket No. 5:18-CV-1320

T. ANTHONY GUAJARDO,

    Plaintiff - Appellant

v.

STATE BAR OF TEXAS; STATE OF ARIZONA; ARIZONA SUPREME COURT; SCOTT BALES, Chief Justice, In his Official Capacity; STATE BAR OF ARIZONA,

    Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas

Before OWEN, Chief Judge, and SOUTHWICK, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.